**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO A. QUARTERMAN, | Case No. EDCV 14-2013-AB (JPR) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| WEST VALLEY DETENTION CENTER et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 3, 2015

_____
ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE